IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| DE'ANDRE REAMS § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Cause No. 4:24-cv-00025 |
| § | |
| CRST EXPEDITED, INC. and § | |
| FRANTZ AUCIEL § | |
| § | |
| Defendants. § | |

**DEFENDANT CRST EXPEDITED, INC'S NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to sections 1332, 1441, and 1446, Title 28 of the United States Code, CRST EXPEDITED, INC., ("CRST"), respectfully files this Notice of Removal, removing Cause No. 24-05-25191-CVR from the 143rd Judicial District Court of Reeves County, Texas to the United States District Court for the Western District of Texas, Pecos Division, as follows:

**I.      PROCEDURAL HISTORY**

1. On May 1, 2024, Plaintiff De'Andre Reams ("Plaintiff") filed his Original Petition in the 143rd Judicial District Court of Reeves County, Texas, Cause No. 24-05-25191-CVR, for a motor vehicle accident which occurred in Reeves County, Texas and allegedly resulted in injuries to Plaintiff.

2. In the Original Petition, Plaintiff alleges that he is a resident of Wylie, Texas. *See* Ex. A, State Court Record, Pl's. Orig. Pet. at. 1.

3. Plaintiff further indicates that CRST is a corporation organized under the laws of Iowa. *Id.*

4. Plaintiff's Original Petition also indicates Defendant Frantz Auciel is a resident of Marietta, Georgia. *Id.* at 2.

5.     As of the filing of this notice, Defendant Frantz Auciel remains unserved.

6.     Plaintiff seeks monetary relief over $250,000.00 but no more than $1,000,000.00 for past and future medial expense, past and future pain and suffering and mental anguish, past and future physical impairment, and past and future loss of earning capacity. *Id.* at 2 and 7.

7.     Plaintiff also seeks exemplary and punitive damages. *Id.* at 6.

7.     CRST now timely removes this case to federal court.

## II.     GROUNDS FOR REMOVAL

8.     Subject matter jurisdiction exists in this case pursuant to section 1332, and therefore, removal of this case to federal court is proper because the amount in controversy is in excess of $75,000 and diversity exists among the parties.

### A.     The Amount in Controversy Is in Excess of $75,000.

9.     Pursuant to section 1332, the amount in controversy must exceed the sum or value of $75,000. 28 U.S.C. § 1332(a).

10.     Plaintiff seeks damages in excess of $250,000,000 plus punitive damages. Ex. A, Pl.'s Orig. Pet. at 2 and 6. Therefore, the amount in controversy is satisfied.

### B.     Total Diversity Exists Among the Parties.

12.     An out of state defendant may remove a case to federal court if total diversity exists. *Flagg v. Stryker Corp.*, 819 F.3d 132, 135-36 (5th Cir. 2016).

13.     Total diversity of citizenship exists because Plaintiff's citizenship is diverse from the citizenship of CRST, in that (1) Plaintiff is a citizen of the State of Texas; (2) CRST is not a citizen of the State of Texas; and (3) Frantz Auciel is not a citizen of the state of Texas. Ex. A, State Court Record, Pl's. Orig. Pet. at 1 and 2. Thus, complete diversity exists among the parties.

## III.     PROPER VENUE AND COMPLIANCE WITH THE REMOVAL PROCEDURE

14. Pursuant to section 1441(a), removal to this Court is proper as the accident occurred in Reeves County, Texas. *See* 28 U.S.C. § 1391(b)(2) ("A civil action may be brought in . . . a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred . . . .").

15. Removal of this matter to federal court is timely, as CRST has removed this matter within thirty (30) days of being served with a copy of Plaintiff's Original Petition, the point at which this matter became removable and within one year of the commencement of this action. 28. U.S.C. § 1446 (b); (c)(1).

16. CRST will properly give Plaintiff written notice of the filing of this Notice of Removal as required by section 1446(d). CRST will also promptly file a copy of this Notice of Removal with the District Clerk of the 143rd Judicial District Court of Reeves County, Texas, Cause No. 24-05-25191-CVR.

17. True and correct copies of all process, pleadings, and the Orders served in the State court action are being filed with this Notice of Removal, as required by section 1446(a). *See* Ex. A, State Court Record.

## IV.  **PRAYER**

Accordingly, CRST Expedited Inc., pursuant to and in conformity with the requirements set forth in section 1446, respectfully removes Cause No. 24-05-25191-CVR from the 143rd Judicial District Court of Reeves County, Texas to the United States District Court for the Western District of Texas, Pecos Division.

                Respectfully submitted,

                RINCON LAW GROUP, P.C.
                1014 N Mesa St., Ste. 200
                El Paso, Texas 79902
                (915) 532-6800 (Telephone)
                (915) 532-6808 (Facsimile)

By:    */s/ Jeanette Garcia*
                CARLOS RINCON
                State Bar No. 16932700
                crincon@rinconlawgroup.com
                JEANETTE GARCIA
                State Bar No.24119402
                jgarcia@rinconlawgroup.com

                Attorneys for CRST.

## **CERTIFICATE OF SERVICE**

     I certify a true and correct copy of the foregoing document was served on the parties through their counsel of record via the Court's electronic service and via email, as follows, on this 30th day of May 2024:

                */s/ Jeanette Garcia*
                JEANETTE GARCIA