IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| DE'ANDRE REAMS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Cause No. 4:24-cv-00025-DC-DF |
| § | |
| CRST EXPEDITED, INC. and FRANTZ § | |
| AUCIEL, § | |
| § | |
| Defendants. § | |

## AGREED FINAL ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff's, DE'ANDRE REAMS ("Plaintiff"), and Defendants', CRST EXPEDITED, INC. and FRANTZ AUCIEL ("Defendants"), Joint Motion for Dismissal with Prejudice ("Joint Motion"). Having considered the Joint Motion, the Court concludes the Joint Motion should be granted. Accordingly, the Court enters the following Orders:

1. Plaintiff's and Defendants' Joint Motion should be, and hereby is, GRANTED.

2. Plaintiff's claims against Defendants are DISMISSED WITH PREJUDICE.

3. The parties SHALL bear their respective costs and attorney's fees.

4. The Clerk of the Court is instructed to CLOSE this case.

SO ORDERED.

SIGNED this   20th   day of   August  , 2025.

_____
JUDGE PRESIDING

1

2

**AGREED:**

RINCON LAW GROUP, P.C.
1014 N Mesa St., Ste. 200
El Paso, Texas 79902
(915) 532-6800 (Telephone)
(915) 532-6808 (Facsimile)

By:  */s/ Jeanette Garcia*
CARLOS RINCON
State Bar No. 16932700
CRincon@rinconlawgroup.com
JEANETTE GARCIA
State Bar No.24119402
JGarcia@rinconlawgroup.com

Attorneys for Defendants

-and-

THE MCCRAW LAW GROUP
5900 S Lake Forest Dr., Ste. 450
McKinney, Texas 75070
(972) 854-7900 (Telephone)
(972) 332-2361 (Facsimile)

By:  /s/ Landon B. Knotts
JOHN L. MCCRAW, III
State Bar No. 13482020
efilemlg@mccrawlawgroup.com
LANDON B. KNOTTS
State Bar No. 24116630
landon@mccrawlawgroup.com

Attorneys for Plaintiff